**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: WALTER R. PINEDA, | No. 13-60071 |
| Debtor, | BAP No. 11-1719 |
| WALTER R. PINEDA, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| BANK OF AMERICA NA; et al., | |
| Appellees. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Markell, Dunn, and Jury, Bankruptcy Judges, Presiding

Submitted April 7, 2015[**]

Before:    FISHER, TALLMAN, and NGUYEN, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Walter R. Pineda appeals pro se from the Bankruptcy Appellate Panel's ("BAP") order affirming the bankruptcy court's order abstaining from deciding an adversary proceeding against appellees. We dismiss.

We lack jurisdiction to review the bankruptcy court's decision to abstain pursuant to 28 U.S.C. § 1334(c)(1). *See* 28 U.S.C. § 1334(d).

We reject Pineda's contention that the BAP violated his due process rights in the handling of his appeal.

**DISMISSED.**